CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 2001

NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: *Stephen Thomas Yelverton*

Bankruptcy No. *14-10014*

YOU ARE HEREBY NOTIFIED that on the *30th* day of *December*, 20*14*, the appeal referred to above was entered on the docket and was assigned to Judge *Christopher R. Cooper* and received the Civil Action No. *14-2209*.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Appellant shall serve and file his brief within fourteen (14) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fourteen (14) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within fourteen (14) days after service of the brief of the appellee.

All filings in the case must be made via the Court's CM/ECF electronic filing system. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action Numbers.

ANGELA D. CAESAR, CLERK

By *Michael Darby*
Deputy Clerk

cc: U.S. Bankruptcy Court

n:\Forms\Bankruptcy Notice  *Natalie S. Walker*