Civil Action No. 1:14-cv-02209-CRC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Adversary No. 14-10014 |
| EX REL | ) | |
| STEPHEN THOMAS YELVERTON | ) | Bankruptcy No. 09-00414 |
| for the benefit of his Creditors | ) | |
| | ) | Chapter 7 |
| Appellant/Debtor | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY | ) | |
| as | ) | |
| SURETY BOND | ) | |
| | ) | |
| for the Chapter 7 Trustee in his | ) | |
| Official Capacity | ) | |
| | ) | |
| et als. | ) | |
| | ) | |
| Appellees/Defendants | ) | |

Appeal from the United States Bankruptcy Court
for the District of Columbia

SUPPLEMENT TO PROVIDE AMICUS STATEMENT OF CREDITOR
IN SUPPORT OF BRIEF OF IFP APPELLANT AND ADDENDUM

and

REQUEST FOR CERTIFICATION BY THE DISTRICT COURT
SUA SPONTE FOR IMMEDIATE APPEAL
TO THE UNITED STATES COURT OF APPEALS
PER 28 U.S.C. 158 (d)(2) and FRBP, Rule 8006 (f)

Stephen Thomas Yelverton, Pro Se
601 Pennsylvania Ave., N.W.,
Suite 900 South
Washington, DC 20004
Tel. 202-702-6708  Fax 202-403-3801
styelv@aol.com

1

FEB -4 2015

Clerk, U.S. District and
Bankruptcy Courts

COMES NOW, Appellant/Debtor Stephen Thomas Yelverton, and hereby submits this Supplement to his Brief, filed February 2, 2015, with the attached Amicus Statement of Stephen Powell, a Creditor, in support of the Appellant Brief, including support for this Appeal being immediately Certified to the United States Court of Appeals, pursuant to 28 U.S.C. 158 (d)(2), and support for the Surety Bond being required to faithfully perform its legal duty of investigating the claims of the Creditors against the Chapter 7 Trustee, and to do so <u>independent</u> of the Trustee.

Mr. Powell is proposed as a Representative for the Creditors in the Class Action against the Surety Bond for the Chapter 7 Trustee's breach of fiduciary duties to the Creditors that is a key issue in this Appeal.

This Supplement is timely filed before the due date on February 5, 2015, for the Appellant Brief, where the Brief would be within the 50-page limit. Thus, the Appellant's Brief and this Supplement fully comply with all applicable requirements under the Federal Rules of Bankruptcy Procedure in Part VIII.

WHEREFORE, in view of the foregoing, this Supplement is submitted.

This the 4th day of February, 2015,

Respectfully submitted,

Stephen Thomas Yelverton, Pro Se
601 Pennsylvania Ave., N.W., Suite 900 South
Washington, DC 20004
Tel. 202-702-6708
Fax 202-403-3801
styelv@aol.com

# SinoPowell Capital LLC
## 1800 M Street, NW, #35558
## Washington DC 20033 USA

3 February 2015

To Whom It May Concern:

My name is Stephen Powell and I am a resident of Washington DC. I am 63 and since 1999 have been Managing Director of SinoPowell Capital LLC, a boutique investment bank that specializes in finance, mining, energy and logistics transactions.

Most of my previous career was spent in banking in New York City and also in Dallas, Texas. I have been both a commercial and also an investment banker for nearly 30 years.

I have a BA in Economics (honors) from Brown University, an MBA from Harvard Business School and an MPA from the Harvard Kennedy School. I was recently elected by the 8,000 Harvard Kennedy School graduates in the Washington DC area to be one of their representatives on the HKS DC Alumni Council and therefore still have close contact with Harvard.

I am also working on an education project with a professional graduate school at Harvard and at other universities that keeps me abreast of business matters on both an academic and practical level.

I have academic training and professional experience in Bankruptcy matters and have participated in and/or completed workouts many times in my career. I am very familiar with the proper allocation and/or liquidation of assets in a Bankruptcy and with the legal responsibilities of a Bankruptcy Trustee.

As a businessman, I am also experienced in analyzing the claims of various factions in a Bankruptcy proceeding and in how to achieve fair, legal and achievable results for all parties.

I am a Creditor in the Bankruptcy case of Stephen Thomas Yelverton in Case No. 09-00414, and have reviewed the Brief that he filed with the District Court on February 2, 2015, and I support the claims against the Chapter 7 Trustee. Based upon my knowledge of the case, the Trustee has acted in a highly irregular and improper manner which has resulted in much abuse and financial injury to the Creditors as a Class.

I support this case being immediately certified to the U.S. Court of Appeals for a decision in order to bring about a prompt resolution for the benefit of Creditors.

I urge the Courts to require the Surety Bond do its duty under the law to independently investigate the claims of the Creditors. What the Chapter 7 Trustee has done in this proceeding would be unheard of in the Southern District of New York.

Only with such an independent investigation could the Creditors be assured that their rights under the Bankruptcy Code have been protected. Without an independent investigation by the Surety Bond, I as a Creditor could have no confidence in the integrity of this Bankruptcy proceeding or in the integrity of any Bankruptcy proceeding in the District of Columbia.

Please contact me should you have any questions.

Stephen Powell
Managing Director

(917) 885-8594
steve@sinopowell.com

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, Pro Se, hereby certify that a copy of this Supplement to Appellant Brief was served the 4th day of February, 2015, by e-mail or U.S Mail, First Class, postage prepaid, to the following:

Wendell W. Webster, Esq., Chapter 7 Trustee
Natalie S. Walker, Esq.
Webster, Frederickson
1775 K St., NW, Suite 600
Washington, DC 20006

Joseph A. Guzinski, Esq.
Office of U.S. Trustee
115 South Union St., Suite 210
Alexandria, VA 22314

Alexandra Senyi de Nagy-Unyom, Pro Se, Creditor
1260 Twenty-First St., N.W., #901
Washington, DC 20036

Richard J. Rodgers, Esq.
600 Baltimore Ave., Suite 202
Towson, MD 21204
Counsel for Creditor Sedghi Investment Properties, LLP

Stephen Thomas Yelverton, Pro Se